# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE R. JOHNSON, | |
| Plaintiff, | Case No. 1:19-cv-05814 |
| v. | Honorable Robert W. Gettleman |
| MEDICAL BUSINESS BUREAU LLC, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CHRISTINE R. JOHNSON and the Defendant MEDICAL BUSINESS BUREAU LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant MEDICAL BUSINESS BUREAU LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 28, 2019

Respectfully Submitted,

CHRISTINE R. JOHNSON

MEDICAL BUSINESS BUREAU LLC

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, LTD.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mbadwan@sulaimanlaw.com

*/s/ Robbie Malone (with consent)*
Robbie Malone
*Counsel for Defendant*
Malone Frost Martine PLLC
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
Phone: (214) 346-2630
rmalone@mamlaw.com