# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Christine R. Johnson

                      Plaintiff,

v.                                       Case No.: 1:19−cv−05814
                                                    Honorable Robert W. Gettleman

Medical Business Bureau, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 4, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman: On the parties' Stipulation [10] and pursuant to Federal Rule of Civil Procedure 41 this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.